IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEOBARDO GALVEZ,<br><br>    Defendant.<br>_____ / | No. CR 04-00215 JSW<br>(No. 06-CV-206 JSW)<br><br>**ORDER GRANTING MOTION**<br>**FOR EXTENSION OF TIME** |

    On March 20, 2006, the Court received a motion for an extension of time filed by movant Leobardo Barocio de Jesus Galvez, in which he seeks additional time to file his reply in support of his motion to vacate sentence.

    Having considered the motion, the Court finds good cause exists and GRANTS the motion. Mr. Galvez shall file his reply on or before April 28, 2006.

    **IT IS SO ORDERED.**

Dated: March 27, 2006

                                                   JEFFREY S. WHITE<br>                                                   UNITED STATES DISTRICT JUDGE